**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 15-56364 |
| | : | |
| Tamara Kirkpatrick | : | Chapter 13; Judge Hoffman |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

Now comes the Debtor, Tamara Kirkpatrick, through counsel, and herein provides notice to the Court and

the Chapter 13 Trustee of her new address effective on September 1, 2016.

Tamara Kirkpatrick
4354 Bennington Pond Dr.
Groveport, OH 43125

Respectfully submitted,

/s/Ruth Ann Hohl_____
Ruth Ann Hohl (0037013)
Case attorney for the Debtor
P.O. Box 109
New Albany, Ohio 43054
Telephone:  (614) 775-0296
Facsimile:  (614) 775-6192
Ruthann@hohlbankruptcylaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Change of Address for Debtor was served
this date via ECF on the e-mail addresses registered with the Court on the parties designated below, or via U.S. mail.

Dated:   9-6-2016_                              /s/Ruth Ann Hohl_____
                                               Ruth Ann Hohl (0037013)

U.S. Trustee (via ECF)

Faye D. English, Chapter 13 Trustee (via ECF)

Tamara Kirkpatrick
4354 Bennington Pond Dr.
Groveport, OH 43125

Charles Butler, Esq. (ECF)

Brian Gianangeli, Esq. (ECF)

Brain Stewart, Esq. (ECF)