**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 15-56364 |
| | : | |
| Tamara Kirkpatrick | : | Chapter 13; Judge Hoffman |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

Now comes the Debtor, Tamara Kirkpatrick, through counsel, and herein provides notice to the Court and the Chapter 13 Trustee of her new address effective immediately.

        Tamara Kirkpatrick
        4061 Appleleaf Drive
        Gahanna, OH 43230

        Respectfully submitted,

        /s/Ruth Ann Hohl_____
        Ruth Ann Hohl (0037013)
        Case attorney for the Debtor
        P.O. Box 109
        New Albany, Ohio 43054
        Telephone: (614) 775-0296
        Facsimile: (614) 775-6192
        Ruthann@hohlbankruptcylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on March 27, 2017 through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

        /s/Ruth Ann Hohl_____
        Ruth Ann Hohl (0037013)

Tamara Kirkpatrick
4061 Appleleaf Drive
Gahanna, OH 43230